154

(No. 75-CC-193— )

RAVENSWOOD HOSPITAL MEDICAL CENTER, Claimant, *vs.*
STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH,
Respondent.

*Opinion filed November 6, 1974.*

RAVENSWOOD HOSPITAL MEDICAL CENTER, Claimant,
pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A.
SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-211— )

LAURENCE I. CHAPMAN, M.D., Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed November 6, 1974.*

LAURENCE I. CHAPMAN, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A.
SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.